**Josh THOMAS, Plaintiff-Appellant,**

v.

**Brian ROBERTS; et al., Defendants-Appellees.**

**No. 17-16363**

United States Court of Appeals, Ninth Circuit.

Submitted February 13, 2018 *

Filed February 23, 2018

Josh Thomas, Pro Se

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

MEMORANDUM **

Josh Thomas, a California state prisoner, appeals pro se from the magistrate judge's order dismissing his 42 U.S.C. § 1983 action alleging federal and state law claims in connection with his parole proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review de novo whether the magistrate judge validly entered judgment on behalf of the district court. *Allen v. Meyer*, 755 F.3d 866, 867-68 (9th Cir. 2014). We vacate and remand.

Thomas consented to proceed before the magistrate judge. *See* 28 U.S.C. § 636(c). The magistrate judge then screened and

dismissed Thomas's action before the named defendants had been served. *See* 28 U.S.C. § 1915A(b)(1); Fed. R. Civ. P. 41(b). Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017), we vacate the magistrate judge's order and remand for further proceedings.

**VACATED and REMANDED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Gentile consented to proceed before the magistrate judge. *See* 28 U.S.C. § 636(c). The magistrate judge then screened and dismissed Gentile's action before the named defendants had been served. *See* 28 U.S.C. § 1915(e)(2)(B). Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017), we vacate the magistrate judge's order and remand for further proceedings.

**VACATED and REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.